DANIEL J. BRODERICK, Bar #89424
Federal Defender
LIVIA R. MORALES, Bar #224504
Staff Attorney
LINETTE DAVIS
Certified Law Student
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
WILLIAM MORGAN BANKS

FILED

MAR 20 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM MORGAN BANKS <br><br> Defendant. | CR. S-05-472 DAD <br><br> STIPULATION AND PROPOSED ORDER SCHEDULING MOTION HEARING <br><br> Date:  April 18, 2006 <br> Time:  10:00 a.m. <br> Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED between the United States of America, by and through its counsel, MATTHEW STEGMAN, Assistant United States Attorney, and defendant, WILLIAM MORGAN BANKS, by and through his counsel, LIVIA R. MORALES, Staff Attorney, that the trial confirmation hearing set for March 21, 2006, and the jury trial set for April 3, 2006, be vacated in order to allow defendant time to file a motion to dismiss. It is further stipulated that oral argument on a motion to dismiss be scheduled for April 18, 2006, at 10:00 a.m., and that the briefing schedule will be as follows:

1 | Defendant's motions due on March 27, 2006;
2 | Government's response due on April 10, 2006;
3 | Defendant's reply due on April 12, 2006.

This continuance is being requested so that arguments may be heard and an order given on a motion to dismiss. Defendant agrees to toll the Speedy Trial Act provisions from the date of this order through the date of the court's ruling on the instant motion, pursuant to 18 U.S.C. § 3161 (h)(1)(F) for delay resulting from a pretrial motion (Local Code E).

Dated: March 20, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Acting Federal Defender

/s/ Livia R. Morales
_____
LIVIA R. MORALES
Staff Attorney
Attorney for Defendant
WILLIAM MORGAN BANKS

DATED: March 20, 2006

McGREGOR SCOTT
United States Attorney

/s/ Matthew Stegman
_____
MATTHEW STEGMAN
Assistant United States Attorney

1                              O R D E R

2       The trial confirmation hearing set for March 21, 2006, and the
3  jury trial set for April 3, 2006, are hereby vacated for the reason
4  stated above and by agreement of the parties.  Oral argument on a
5  motion to dismiss is hereby scheduled for April 18, 2006, at 10:00 a.m.
6  Speedy trial time is excluded from the date of this order through the
7  date of the court's ruling on the instant motion, pursuant to 18 U.S.C.
8  §§ 3161 (h)(1)(F) for delay resulting from a pretrial motion (Local
9  Code E).

11      IT IS SO ORDERED.

13  Dated:  _March 20_____, 2006

                                    _____
                                    HON. DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE