DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
LIVIA R. MORALES, Bar #224504
Staff Attorney
LINETTE DAVIS
Certified Law Student
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
WILLIAM MORGAN BANKS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. S-05-0472 DAD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| WILLIAM MORGAN BANKS | ) | Date: April 25, 2006 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Hon. Dale A. Drozd |
| _____ | ) | |

    IT IS HEREBY STIPULATED between the United States of America, by and through its counsel, MATTHEW STEGMAN, Assistant United States Attorney, and defendant, WILLIAM MORGAN BANKS, by and through his counsel, LIVIA R. MORALES, Staff Attorney, that the motion to dismiss scheduled for April 18, 2006, at 10:00 a.m., be reset for a change of plea hearing on April 25, 2006 at 10:00 a.m. which is the date the court has continued this case by memorandum.

    This continuance is being requested because the parties need more time to prepare and negotiate a resolution. Speedy trial time is excluded from the date of this order through the date of the change of

1

```
1  plea hearing set on April 25, 2006, pursuant to 18 U.S.C. §§ 3161
2  (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).  The interest
3  in giving counsel more time to prepare outweighs the public interest in
4  having a trial in seventy days.
5  Dated:  April 17, 2006
```

Respectfully submitted,

QUIN DENVIR
Federal Defender

/s/ Livia R. Morales
_____
LIVIA R. MORALES
Staff Attorney
Attorney for Defendant
WILLIAM MORGAN BANKS

DATED: April 17, 2006

McGREGOR SCOTT
United States Attorney

/s/ Liva R. Morales
_____
MATTHEW C. STEGMAN
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

DATED: April 19, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/banks0472.stip&ord